

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0709 – Direct
nhoeschen@shawkeller.com

February 25, 2022

**BY CM/ECF & HAND DELIVERY**
The Honorable Maryellen Noreika
United States District Court
844 N. King Street
Wilmington, DE 19801

     Re:    *CAO Lighting, LLC v. GE Lighting, Inc., et al.,* C.A. No. 20-681 (MN)
              *CAO Lighting, LLC v. LEDVANCE, LLC, et al.,* C.A. No. 20-690 (MN)

Dear Judge Noreika:

     Pursuant to paragraph 10 of the Scheduling Order (D.I. 43 in C.A. No. 20-690-MN, as modified by D.I. 160), the defendants in the above-captioned actions hereby submit their technology tutorial, which is attached in PDF format.

     Defendants will also email the tutorial to the Court in PowerPoint format.

     Counsel are available should the Court have any difficulties in viewing the tutorial.

Respectfully submitted,

/s/ Nathan R. Hoeschen

Nathan R. Hoeschen (No. 6232)

cc:    Clerk of the Court (by CM/ECF & hand delivery)
        All counsel of record (by CM/ECF & e-mail)