# EXHIBIT 7

| | |
|---|---|
| **From:** | Drummond, Brian <BDrummond@goodwinlaw.com> |
| **Sent:** | Friday, August 12, 2022 4:06 PM |
| **To:** | Vare, Todd; Tom W. Cunningham; Alexandra Joyce; Art Licygiewicz; Catherine Garza; Cortlan Hitch; Daniel Silver; Frank A. Angileri; Gabriel Culver; John P. Rondini; Ken Dorsney; Stephanie DeBrow; 56496-0001 MNAT Internal; Ahmed ElDessouki; Andrew Russell; Daniel Chozick; Nava, Annaka; Mark Hannemann; Nathan R. Hoeschen; Patrick Colsher; Simonetti, Sarah; Smith, Rodger; Reddy, Srikanth K |
| **Cc:** | Stover, Chad; Kaufmann, Adam; Repicky, Heather; Hunt, Paul; Cahill, Ronald; New, Megan; Morgan, Jeffrey; Barron, Jeff; Lytle, Kathleen; DG-LEDVANCE-CAO |
| **Subject:** | [EXTERNAL]RE: CAO Lighting v. GE/Current Lighting (20-681) /LEDVANCE/OSRAM (20-690) |

Todd,

Defendants are open to approaching the Court regarding the question of trial sequencing. However, Defendants do not agree that the issue should be raised through Judge Noreika's discovery dispute procedure. Among other reasons, we understand from Delaware counsel that Judge Noreika's chambers have informed counsel in other matters that the Court's first availability for discovery dispute conferences is in October. Instead, we believe the issue of trial sequencing should be raised in a joint letter to the Court. Please let us know if CAO agrees to a joint letter.

Defendants do not consent to raising any other issues in the proposed joint letter, including the issue of number of invalidity combinations, as we believe the Court is more likely to act on the letter if there is only one issue to resolve. Moreover, the issue of invalidity combinations is not intertwined with trial sequencing and therefore there is no reason to combine the issues.

Finally, please provide Plaintiff's position on Defendants' proposed schedule for interim exchanges relating to assembly of the final pre-trial order as soon as possible. We are in receipt of the draft shell of the pre-trial order Ms. Repicky sent today and will review it.

Regards,
Brian

**Brian T. Drummond**



Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
o  +1 617 570 1551
f   +1 617 801 8967
BDrummond@goodwinlaw.com



---

**From:** Vare, Todd <Todd.Vare@btlaw.com>
**Sent:** Friday, August 12, 2022 3:15 PM
**To:** Drummond, Brian <BDrummond@goodwinlaw.com>; Tom W. Cunningham <tcunningham@brookskushman.com>; Alexandra Joyce <ajoyce@mccarter.com>; Art Licygiewicz <art.licygiewicz@nortonrosefulbright.com>; Catherine Garza

<cat.garza@nortonrosefulbright.com>; Cortlan Hitch <chitch@morrisjames.com>; Daniel Silver <dsilver@mccarter.com>; Frank A. Angileri <fangileri@brookskushman.com>; Gabriel Culver <gabriel.culver@nortonrosefulbright.com>; John P. Rondini <jrondini@brookskushman.com>; Ken Dorsney <kdorsney@morrisjames.com>; Stephanie DeBrow <stephanie.debrow@nortonrosefulbright.com>; 56496-0001 MNAT Internal <56496-0001.wilm@wcs.mnat.com>; Ahmed ElDessouki <Ahmed.ElDessouki@shearman.com>; Andrew Russell <arussell@shawkeller.com>; Daniel Chozick <Daniel.Chozick@shearman.com>; Nava, Annaka <ANava@goodwinlaw.com>; Mark Hannemann <Mark.Hannemann@shearman.com>; Nathan R. Hoeschen <nhoeschen@shawkeller.com>; Patrick Colsher <Patrick.Colsher@shearman.com>; Simonetti, Sarah <Ssimonetti@morrisnichols.com>; Smith, Rodger <RSmith@morrisnichols.com>; Reddy, Srikanth K <SReddy@goodwinlaw.com>

**Cc:** Stover, Chad <Chad.Stover@btlaw.com>; Kaufmann, Adam <Adam.Kaufmann@btlaw.com>; Repicky, Heather <Heather.Repicky@btlaw.com>; Hunt, Paul <Paul.Hunt@btlaw.com>; Cahill, Ronald <RCahill@btlaw.com>; New, Megan <Megan.New@btlaw.com>; Morgan, Jeffrey <Jeff.Morgan@btlaw.com>; Barron, Jeff <Jeff.Barron@btlaw.com>; Lytle, Kathleen <Kathleen.Lytle@btlaw.com>

**Subject:** Re: CAO Lighting v. GE/Current Lighting (20-681) /LEDVANCE/OSRAM (20-690)

\*\*\*EXTERNAL\*\*\*
Please provide your position by 6 pm EDT today. Thank you.

**Todd Vare |** Partner
BARNES & THORNBURG LLP
Office: 317.231.7735 | Mobile: 317.289.8071

On Aug 11, 2022, at 11:37 AM, Vare, Todd <Todd.Vare@btlaw.com> wrote:

Counsel,

Given that Defendants do not agree on which case should be the first (lead) trial set to begin October 24, we believe that we should contact the Court as soon as possible. I don't think any of us wants to wait until the eve of the first trial to know which case is to be tried first.

In addition, we have considered your proposal to reduce invalidity contentions/combinations. Your proposal, however, remains overly broad, with several dozens of various combinations still in play. We intend to seek relief from the Court on this issue.

As a first step on both these issues, we propose that Delaware counsel jointly email chambers and propose that we handle these issues using Judge Noreika's discovery dispute procedures, with a hearing set at the Court's earliest convenience.  Please let us know ASAP if you disagree.

**Todd Vare** | Partner
Direct: (317) 231-7735 | Mobile: (317) 289-8071
Indianapolis, IN

<image001.png>

**From:** Drummond, Brian <BDrummond@goodwinlaw.com>
**Sent:** Friday, August 5, 2022 5:03 PM
**To:** Vare, Todd <Todd.Vare@btlaw.com>; Tom W. Cunningham <tcunningham@brookskushman.com>; Alexandra Joyce <ajoyce@mccarter.com>; Art Licygiewicz <art.licygiewicz@nortonrosefulbright.com>; Catherine Garza <cat.garza@nortonrosefulbright.com>; Cortlan Hitch <chitch@morrisjames.com>; Daniel Silver <dsilver@mccarter.com>; Frank A. Angileri <fangileri@brookskushman.com>; Gabriel Culver

2

<gabriel.culver@nortonrosefulbright.com>; John P. Rondini <jrondini@brookskushman.com>; Ken Dorsney <kdorsney@morrisjames.com>; Stephanie DeBrow <stephanie.debrow@nortonrosefulbright.com>; 56496-0001 MNAT Internal <56496-0001.wilm@wcs.mnat.com>; Ahmed ElDessouki <Ahmed.ElDessouki@shearman.com>; Andrew Russell <arussell@shawkeller.com>; Daniel Chozick <Daniel.Chozick@shearman.com>; Nava, Annaka <ANava@goodwinlaw.com>; Mark Hannemann <Mark.Hannemann@shearman.com>; Nathan R. Hoeschen <nhoeschen@shawkeller.com>; Patrick Colsher <Patrick.Colsher@shearman.com>; Simonetti, Sarah <Ssimonetti@morrisnichols.com>; Smith, Rodger <RSmith@morrisnichols.com>; Reddy, Srikanth K <SReddy@goodwinlaw.com>; Nava, Annaka <ANava@goodwinlaw.com>
**Cc:** Stover, Chad <Chad.Stover@btlaw.com>; Kaufmann, Adam <Adam.Kaufmann@btlaw.com>; Repicky, Heather <Heather.Repicky@btlaw.com>; Hunt, Paul <Paul.Hunt@btlaw.com>; Cahill, Ronald <RCahill@btlaw.com>; New, Megan <Megan.New@btlaw.com>; Morgan, Jeffrey <Jeff.Morgan@btlaw.com>; Barron, Jeff <Jeff.Barron@btlaw.com>; Lytle, Kathleen <Kathleen.Lytle@btlaw.com>
**Subject:** [EXTERNAL]RE: CAO Lighting v. GE/Current Lighting (20-681) /LEDVANCE/OSRAM (20-690)

Dear Todd:

Defendants are unable to reach consensus on either of CAO's proposed two options for trial sequencing.

The OSI and LEDVANCE Defendants do not wish to go first and, for various reasons, wish to have their case tried after the GE and Current case.  Moreover, from OSI and LEDVANCE's perspective, CAO has offered no explanation for why the OSI and LEDVANCE case should proceed first.  For example, CAO has not indicated what efficiencies, if any, would be realized by trying the OSI/LEDVANCE case first.  OSI and LEDVANCE, however, would be willing to select Option 2 in the alternative.

The GE and Current Defendants favor Option 1 and believe it is the most efficient course of action.  The GE and Current Defendants will not agree to Option 2 – which to even be considered by the Court, requires consent from each of GE, GE Lighting and Current Lighting.  35 U.S.C. § 299(a) (accused infringers may **…** have their actions consolidated for trial, **only if** …  (1) any right to relief is asserted against the parties jointly, severally, or in the alternative … relating to the making, using, importing into the United States, offering for sale, or selling of the same accused product or process").  As such, the GE Defendants/Current believe Option 2 is no longer an option to be considered.

You also asked for Defendants' proposal regarding narrowing of invalidity contentions.  As we have written in prior correspondence (including in email correspondence of April 21), Defendants' ability to narrow their contentions is limited by CAO's refusal to agree that all elements in originally issued claims 1, 7 and 8 are present in the prior art.  Because of this, Defendants will be forced to waste limited trial time establishing that certain references disclose certain elements in claims 1, 7 and 8 despite the fact that CAO previously conceded that such elements are, in fact, disclosed in the prior art.  Nonetheless, Defendants will reduce the number of prior art based invalidity grounds (i.e., the lettered subsections in Section X of Dr. Krames' opening report) that they will rely on at trial from 19 to 12 no later than September 9.  Defendants will further reduce their number of prior art based invalidity grounds from 12 to 8 by the October 4 deadline for filing the Final Pre-trial Order.

Finally, I am attaching Defendants' proposed schedule for interim exchanges relating to assembly of the final pre-trial order.  Please let us know if CAO has any comments.  Defendants agree that only one pre-trial order needs to be filed across all cases.

Best,
Brian

**Brian T. Drummond**

Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
o  +1 617 570 1551
f  +1 617 801 8967
BDrummond@goodwinlaw.com

<image017.png>

<image018.png>

<image019.png>

<image020.png>

<image021.png>

---

**From:** Vare, Todd <Todd.Vare@btlaw.com>
**Sent:** Monday, August 1, 2022 11:27 AM
**To:** Tom W. Cunningham <tcunningham@brookskushman.com>; Alexandra Joyce <ajoyce@mccarter.com>; Art Licygiewicz <art.licygiewicz@nortonrosefulbright.com>; Catherine Garza <cat.garza@nortonrosefulbright.com>; Cortlan Hitch <chitch@morrisjames.com>; Daniel Silver <dsilver@mccarter.com>; Frank A. Angileri <fangileri@brookskushman.com>; Gabriel Culver <gabriel.culver@nortonrosefulbright.com>; John P. Rondini <jrondini@brookskushman.com>; Ken Dorsney <kdorsney@morrisjames.com>; Stephanie DeBrow <stephanie.debrow@nortonrosefulbright.com>; 56496-0001 MNAT Internal <56496-0001.wilm@wcs.mnat.com>; Ahmed ElDessouki <Ahmed.ElDessouki@shearman.com>; Andrew Russell <arussell@shawkeller.com>; Daniel Chozick <Daniel.Chozick@shearman.com>; Nava, Annaka <ANava@goodwinlaw.com>; Mark Hannemann <Mark.Hannemann@shearman.com>; Nathan R. Hoeschen <nhoeschen@shawkeller.com>; Patrick Colsher <Patrick.Colsher@shearman.com>; Simonetti, Sarah <Ssimonetti@morrisnichols.com>; Smith, Rodger <RSmith@morrisnichols.com>; Reddy, Srikanth K <SReddy@goodwinlaw.com>; Drummond, Brian <BDrummond@goodwinlaw.com>; Nava, Annaka <ANava@goodwinlaw.com>
**Cc:** Stover, Chad <Chad.Stover@btlaw.com>; Kaufmann, Adam <Adam.Kaufmann@btlaw.com>; Repicky, Heather <Heather.Repicky@btlaw.com>; Hunt, Paul <Paul.Hunt@btlaw.com>; Cahill, Ronald <RCahill@btlaw.com>; New, Megan <Megan.New@btlaw.com>; Morgan, Jeffrey <Jeff.Morgan@btlaw.com>; Barron, Jeff <Jeff.Barron@btlaw.com>; Lytle, Kathleen <Kathleen.Lytle@btlaw.com>
**Subject:** RE: CAO Lighting v. GE/Current Lighting (20-681) /LEDVANCE/OSRAM (20-690)

***EXTERNAL***
Counsel,

Following up on our meet-and-confer last week regarding the trial schedule, we understand that Defendants have not been able to reach an agreement as to which Defendant group will go first for the trial setting current scheduled to begin October 24, 2022. Please advise if that has changed. We also discussed during this call various options to the trial setting, including what issues will be tried to the jury and how certain equitable issues would be presented to the Court. After considering our discussions, CAO proposes one of the following options:

1.  Option 1
    1.  The first jury trial set for October 24, 2022 will be CAO Lighting v. Osram Sylvania, Inc. and LEDVANCE LLC.
    2.  The second jury trial set for November 28, 2022 will be CAO Lighting v. General Electric, GE Lighting, and Current Lighting.
    3.  Equitable issues (inequitable conduct and equitable estoppel) for all Defendants will be tried to the Court in a 1-2 day trial setting to be scheduled consistent with the Court's docket availability and the parties' mutual availability.

2. Option 2
   1. All infringement and damages issues will be tried for all defendants in a single jury trial setting beginning October 24, 2022.
   2. Defendants' defenses including patent invalidity as well as the equitable issues (inequitable conduct and equitable estoppel) will be tried to the Court in the trial setting beginning November 28, 2022.

Please let us know your position regarding the above-proposed options or whether you have any counterproposal no later by August 7 this week.

In addition, we are still awaiting Defendants' proposal regarding narrowing of the invalidity contentions.  As you know, this is an issue that has been outstanding for many months. No later than August 7, please provide a list of which prior art references and prior art combinations Defendants intend to rely on at trial.  If the parties do not reach agreement regarding an appropriate narrowing of Defendants' 102/103 defenses, we intend to bring this issue to the Court before the filing of the Joint Pretrial Order.

Thank you for your attention to these matters.

**Todd Vare** | Partner
Direct: (317) 231-7735 | Mobile: (317) 289-8071
Indianapolis, IN

<image002.png>

---

**From:** Tom W. Cunningham <tcunningham@brookskushman.com>
**Sent:** Thursday, July 21, 2022 4:06 PM
**To:** Stover, Chad <Chad.Stover@btlaw.com>; Alexandra Joyce <ajoyce@mccarter.com>; Art Licygiewicz <art.licygiewicz@nortonrosefulbright.com>; Catherine Garza <cat.garza@nortonrosefulbright.com>; Cortlan Hitch <chitch@morrisjames.com>; Daniel Silver <dsilver@mccarter.com>; Frank A. Angileri <fangileri@brookskushman.com>; Gabriel Culver <gabriel.culver@nortonrosefulbright.com>; John P. Rondini <jrondini@brookskushman.com>; Ken Dorsney <kdorsney@morrisjames.com>; Stephanie DeBrow <stephanie.debrow@nortonrosefulbright.com>; 56496-0001 MNAT Internal <56496-0001.wilm@wcs.mnat.com>; Kaufmann, Adam <Adam.Kaufmann@btlaw.com>; Ahmed ElDessouki <Ahmed.ElDessouki@shearman.com>; Andrew Russell <arussell@shawkeller.com>; Daniel Chozick <Daniel.Chozick@shearman.com>; anava@goodwinlaw.com; Repicky, Heather <Heather.Repicky@btlaw.com>; Morgan, Jeffrey <Jeff.Morgan@btlaw.com>; Mark Hannemann <Mark.Hannemann@shearman.com>; New, Megan <Megan.New@btlaw.com>; Nathan R. Hoeschen <nhoeschen@shawkeller.com>; Patrick Colsher <Patrick.Colsher@shearman.com>; Hunt, Paul <Paul.Hunt@btlaw.com>; Cahill, Ronald <RCahill@btlaw.com>; Simonetti, Sarah <Ssimonetti@morrisnichols.com>; Smith, Rodger <RSmith@morrisnichols.com>; Vare, Todd <Todd.Vare@btlaw.com>; Burton, William <William.Burton@btlaw.com>; Reddy, Srikanth K <SReddy@goodwinlaw.com>; Drummond, Brian <BDrummond@goodwinlaw.com>; anava@goodwinlaw.com
**Subject:** [EXTERNAL]RE: CAO Lighting v. GE/Current Lighting (20-681) /LEDVANCE/OSRAM (20-690)

Chad:

Defendants are available either after 2:30 PM ET on July 27th or before 12:30 PM ET on July 28th.

Other than selection of lead case, what other pre-trial issues did you want to discuss so defendants may discuss between themselves in advance?

Best,

Tom

**Thomas Cunningham**
Shareholder
D: 248.226.2847 | M: 734.649.6452
tcunningham@brookskushman.com
LinkedIn | Bio

_____

<image003.png>
Brooks Kushman P.C.
1000 Town Center, 22nd Floor
Southfield, MI 48075
brookskushman.com

_____

**FUELED BY RELATIONSHIPS**

IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.

**From:** Stover, Chad <Chad.Stover@btlaw.com>
**Sent:** Tuesday, July 19, 2022 2:39 PM
**To:** Alexandra Joyce <ajoyce@mccarter.com>; Art Licygiewicz <art.licygiewicz@nortonrosefulbright.com>; Catherine Garza <cat.garza@nortonrosefulbright.com>; Cortlan Hitch <chitch@morrisjames.com>; Daniel Silver <dsilver@mccarter.com>; Frank A. Angileri <fangileri@brookskushman.com>; Gabriel Culver <gabriel.culver@nortonrosefulbright.com>; John P. Rondini <jrondini@brookskushman.com>; Ken Dorsney <kdorsney@morrisjames.com>; Stephanie DeBrow <stephanie.debrow@nortonrosefulbright.com>; Tom W. Cunningham <tcunningham@brookskushman.com>; 56496-0001 MNAT Internal <56496-0001.wilm@wcs.mnat.com>; Kaufmann, Adam <Adam.Kaufmann@btlaw.com>; Ahmed ElDessouki <Ahmed.ElDessouki@shearman.com>; Andrew Russell <arussell@shawkeller.com>; Daniel Chozick <Daniel.Chozick@shearman.com>; Repicky, Heather <Heather.Repicky@btlaw.com>; Morgan, Jeffrey <Jeff.Morgan@btlaw.com>; Mark Hannemann <Mark.Hannemann@shearman.com>; New, Megan <Megan.New@btlaw.com>; Nathan R. Hoeschen <nhoeschen@shawkeller.com>; Patrick Colsher <Patrick.Colsher@shearman.com>; Hunt, Paul <Paul.Hunt@btlaw.com>; Cahill, Ronald <RCahill@btlaw.com>; Simonetti, Sarah <Ssimonetti@morrisnichols.com>; Smith, Rodger <RSmith@morrisnichols.com>; Vare, Todd <Todd.Vare@btlaw.com>; Burton, William <William.Burton@btlaw.com>
**Subject:** CAO Lighting v. GE/Current Lighting (20-681) /LEDVANCE/OSRAM (20-690)

Counsel for Defendants,

We would like to have a call to discuss pretrial issues including selection of the lead case to go to trial (due August 8).  Could you confer and provide your availability for such a call on July 27, July 28, August 2, and August 3?

Thanks,
Chad

**Chad S.C. Stover** | Partner
Barnes & Thornburg LLP
222 Delaware Ave, Suite 1200, Wilmington, DE 19801
Direct: (302) 300-3474 | Mobile: (302) 766-2932

<image004.png>  <image025.png>  <image026.jpg>  <image027.png>  <image028.jpg>


<image005.jpg>


Visit our Subscription Center to sign up for legal insights and events.


CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.

CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.


*********************************************************************
This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*********************************************************************

CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.